# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number**:     25-1399

**Short Case Caption**:     *National Organization of Veterans' Advocates, Inc.
v. Secretary of Veterans Affairs*

**Filing Party**:     National Organization of Veterans' Advocates, Inc.,
Derek Debus, and Wesley A. McCauley, Petitioners

---

**Instructions**:  Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  Refer to the court's Mediation Guidelines for filing requirements.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

---

| Case Origin | Originating Number | Type of Case |
| --- | --- | --- |
| None/Not Applicable | Not Applicable | Agency Review |

Relief sought on appeal:  ____ None/Not Applicable

Vacatur of two final rules adopted by the Department of Veterans Affairs ("VA"), 38 C.F.R. § 14.636(h)(1)(iii) and VA's Appeals and Reviews Manual M21-5, Chapter 8, Section B(2)(i), to the extent that they restrict veterans' access to legal representation when the veteran has an outstanding debt to the United States.

Relief awarded below (if damages, specify):  _X_ None/Not Applicable

Docketing Statement (continued)

Briefly describe the judgment/order appealed from:

> This is a petition for review under 38 U.S.C. § 502. The challenged rules—38 C.F.R. § 14.636(h)(1)(iii) and VA's Appeals and Reviews Manual M21-5, Chapter 8, Section B(2)(i)—restrict veterans' access to representation by limiting contingency fees to a percentage of the cash payment received rather than a percentage of the past-due benefit awarded.

Nature of judgment (select one):         Date of order: _____

    ____      Final Judgment, 28 USC § 1295

    ____      Rule 54(b)

    ____      Interlocutory Order (specify type):

  X     Other (explain): <u>Review of VA rules under 38 U.S.C. § 502.</u>

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. __X__ None/Not Applicable

>  

Issues to be raised on appeal: ____ None/Not Applicable

> Whether the two challenged rules, which restrict veterans' access to legal representation when they have an outstanding debt to the United States, are invalid under 5 U.S.C. § 706.

Have there been discussions with other parties relating to settlement of this case? ____ Yes __X__ No

If "yes," when were the last such discussions?

    ____ Before the case was filed below

    ____ During the pendency of the case below

    ____ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ____Yes ____ No

If they were mediated, by whom?

> Not Applicable.

Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?     ____ Yes  _X_ No

Explain.

| The parties would not benefit from mediation at this time. |
|---|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| None. |
|---|

Date: February 10, 2025     Signature:     */s/ Roman Martinez*

                            Name:          Roman Martinez